PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Eustace Weekes     Cr.: 20-00486-001
    PACTS #: 6507201

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/12/2020

Original Offense:    Count One: Unlawful Transport of Firearms – 18 U.S.C. 922(g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Location Monitoring Program, Alcohol Treatment, Drug Treatment, Substance Abuse Testing, Gambling Restriction, Mental Health Treatment, Place Restriction Area, Other Condition

Type of Supervision: Supervised Release                 Date Supervision Commenced: 02/10/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.** |
| | On February 26, 2023, Mr. Weeks was drug tested during a home contact and was positive for Marijuana. |

U.S. Probation Officer Action:

Mr. Weekes reported using Marijuana since his release from incarceration. He is currently attending Kintock, an outpatient drug and alcohol treatment program mandated by State Parole (Mr. Weekes is under state parole supervision). Mr. Weekes was encouraged to re-enroll in the Newark Street Academy to obtain his GED. We are not recommending any court action to be taken at this time. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

_____  03/22/2023
KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Status Conference (as recommended by the Probation Office)

_____
Signature of Judicial Officer

3/22/23
Date