PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Eustace Weekes          Cr.: 20-00486-001
                                                                                                PACTS #: 6507201

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                              UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/12/2020

Original Offense:    Count One: Unlawful Transport of Firearms: 18 U.S.C. 922(g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Location Monitoring Program, Alcohol Treatment, Drug Treatment, Substance Abuse Testing, Gambling Restriction, Mental Health Treatment, Place Restriction Area, Other Condition, Alcohol Restrictions, Other Condition

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/10/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                    **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**

                              On May 13, 2023, Mr. Weekes was drug tested during a home contact and was positive for Marijuana.

U.S. Probation Officer Action:

Mr. Weekes reported the daily use of Marijuana. He continues to attend Kintock, an outpatient drug and alcohol program in Newark. Mr. Weekes obtained employment for approximately two weeks as a helper/driver delivering alcohol beverages from a warehouse to various supermarkets and liquor stores in New Jersey. However, the employment was terminated because one of his state parole conditions prohibit him from being around alcohol. Mr. Weekes was encouraged to continue to see employment by attending job fairs and utilizing community resources. We are not recommending any court action to be taken at this time. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

_____  05/16/2023
KEVIN M. VILLA            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5-17-22
Date